**Exhibit C**

# IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LEONARDO REZNICK | § | CASE NO. 04-32234-H5-7 |
| | § | |
| MARCEL MEICLER, INDIVIDUALLY, | § | |
| MARCEL MEICLER, TRUSTEE, | § | |
| MURIEL MEICLER, DINKARA | § | |
| LEASING CORPORATION AND | § | ADVERSARY NO. 04-03642 |
| SAROSH COLLECTOR | § | |
| | § | |
| V. | § | |
| | § | |
| LEONARDO REZNICK | § | |

RICT

## AGREED FINAL JUDGMENT

It is ORDERED, ADJUDGED AND DECREED Marcel Meicler, Individually, Marcel Meicler, Trustee, Muriel Meicler, Dinkara Leasing Corporation and Sarosh Collector do have and recover against Defendant, Leonardo Reznick, the total sum of $200,000.00 together with costs expended in this action and for all of which let execution issue.

Defendant Leonardo Reznick agrees and acknowledges that this Judgment shall be and is nondischargable under the provisions of the United States Bankruptcy Code and shall remain in full force and effect according to its terms notwithstanding any discharge which may otherwise have been granted in the captioned proceeding or other proceedings that may be brought now or in the future.

11-3-05

SIGNED on _____, 2005.

_____
UNITED STATES BANKRUPTCY JUDGE

APPROVED AND AGREED

FULBRIGHT & JAWORSKI, L.L.P.
1301 McKinney, Suite 4100
Houston, Texas 77002
(713) 651-5151 – Telephone
(713) 651-5246 – Telefax
By:    /s/ R. Andrew Black
R. Andrew Black
State Bar No. 02375110
S.D. Tex. No. 09040
ATTORNEY FOR DEFENDANT
LEONARDO REZNICK


CRAIG H. CAVALIER
3555 Timmons Lane, Suite 1450
Houston, Texas 77027
(713) 621-4720 - Telephone
(713) 621-4779 - Telefax

By:   /s/ Craig H. Cavalier
Craig H. Cavalier
Federal I.D. No. 2958
State Bar No. 04022075
ATTORNEY FOR PLAINTIFFS,
MARCEL MEICLER, INDIVIDUALLY,
MARCEL MEICLER, TRUSTEE,
MURIEL MEICLER, DINKARA LEASING
CORPORATION AND SAROSH COLLECTOR